JS 44   (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
MIROSLAW KUREK

### DEFENDANTS
SAINT-GOBAIN CONTAINERS - VERALLIA, CONSTELLATION BRANDS, INC., J. ROGET & CANANDAIGUA WINE COMPANY

**(b)** County of Residence of First Listed Plaintiff     MONROE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Dominik Rostocki, Esq., The Rostocki Law Firm
1835 Market St., Suite 2626
Philadelphia, PA 19103 - (215) 575-7624

Attorneys *(If Known)*
Alexander Nemiroff, Esq., Ogletree, Deakins, Nash, Smoak & Stewart
1735 Market Street, Suite 3000 Philadelphia, PA 19103- 215.995.2800
Attorneys for Saint-Gobain Containers - Verallia

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
       Plaintiff

☐ 3  Federal Question
       *(U.S. Government Not a Party)*

☐ 2  U.S. Government
       Defendant

☒ 4  Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                            *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 840 Trademark | Corrupt Organizations |
| Student Loans | ☐ 340 Marine | Injury Product | | | ☐ 480 Consumer Credit |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | Act | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☒ 190 Other Contract | Product Liability | ☐ 380 Other Personal | Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☒ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 751 Family and Medical | | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury - | Product Liability | Leave Act | | Act |
| | Medical Malpractice | | ☐ 790 Other Labor Litigation | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | or Defendant) | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original
       Proceeding

☒ 2 Removed from
       State Court

☐ 3 Remanded from
       Appellate Court

☐ 4 Reinstated or
       Reopened

☐ 5 Transferred from
       Another District
       *(specify)*

☐ 6 Multidistrict
       Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1441 & 1332
Brief description of cause:
Negligence, Breach of Warranty

## VII. REQUESTED IN
## COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
75,001.00+

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S)
## IF ANY
*(See instructions):*
JUDGE                                        DOCKET NUMBER

DATE
01/22/2015

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #                AMOUNT                        APPLYING IFP                        JUDGE                        MAG. JUDGE

JS 44 Reverse (Rev. 12/12)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff: _____1775 Glade Drive, Long Pond, PA 18334_____

Address of Defendant: _____Saint-Gobain Containers-Verallia, 1509 S. Macedonia Ave, Muncie, IN   47302_____

Place of Accident, Incident or Transaction: _____
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))     Yes☒   No☐

Does this case involve multidistrict litigation possibilities?     Yes☐   No☒

*RELATED CASE, IF ANY:*

Case Number: _____   Judge _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?     Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?     Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?     Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?     Yes☐   No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
(Please specify) _____

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☒ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, _____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
                         Attorney-at-Law              Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __1/22/15__   _____   ____92250____
                     Attorney-at-Law            Attorney I.D.#

CIV. 609 (5/2012)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Miroslaw Kurek | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Saint-Gobain Containers-Verallia, et al. | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
 and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
 exposure to asbestos.  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
 commonly referred to as complex and that need special or intense management by
 the court.  (See reverse side of this form for a detailed explanation of special
 management cases.)  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.  ( x )

| | | |
|---|---|---|
| 1/22/15 | Alexander Nemiroff | Saint-Gobain Containers-Verallia |
| **Date** | **Attorney-at-law** | **Attorney for** |
| (215) 995-2800 | (215) 995-2801 | alexander.nemiroff@ogletreedeakins.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| MIROSLAW KUREK, | : | |
| | : | |
| Plaintiff, | : | Case No. _____ |
| v. | : | |
| | : | |
| SAINT-GOBAIN CONTAINERS- | : | |
| VERALLIA, CONSTELLATION BRANDS, | : | |
| INC., J. ROGET and CANANDAIGUA | : | |
| WINE COMPANY | : | |
| Defendants. | : | |
| | : | |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

Defendant Saint-Gobain Containers-Verallia, n/k/a Ardagh Glass Inc., ("Saint-Gobain"),

pursuant to 28 U.S.C. §§ 1441(a) and 1446, files this Notice of Removal in the above-captioned

action from the Court of Common Pleas of the Commonwealth of Pennsylvania, Philadelphia

County, to the United States District Court for the Eastern District of Pennsylvania, based on the

following grounds:

1.      Plaintiff commenced this action on or about November 6, 2014, by filing a *Praecipe*

for Writ of Summons in the Court of Common Pleas of the Commonwealth of Pennsylvania,

Philadelphia County.

2.      Plaintiff subsequently filed a Complaint on or about January 2, 2015.   The

Complaint is captioned *Miroslaw Kurek v. Saint-Gobain Containers-Verallia, Constellation*

*Brands, Inc., J. Roget, and Canandaigua Wine Company*, Case No. 141100655, and asserts claims

for strict liability, negligence, and breach of warranty against the Defendants. The Complaint is attached as Exhibit **"A"** to this Notice of Removal.

3.      On January 2, 2015, Saint-Gobain accepted service of Plaintiff's Complaint.

4.      There is complete diversity of citizenship because Saint-Gobain, as alleged in the Complaint, is a foreign corporation (*i.e.*, not a Pennsylvania corporation) with its principal place of business in Indiana (*see* Complaint ¶ 8, Exhibit **"A"**), as are the co-defendants, which are alleged to have principal places of business in New York. *See* Complaint ¶¶9-11, Exhibit **"A"**; *see also* 28 U.S.C. § 1332(c)(1) (a corporation shall be deemed to be a citizen of any State in which it is incorporated and of the State where it has its principal place of business). The Complaint further alleges that Plaintiff is a citizen of Pennsylvania (Complaint ¶7, Exhibit **"A"**).

5.      The amount in controversy under 28 U.S.C. § 1332(a) is satisfied because in Plaintiff's prayer for relief in the Complaint, Plaintiff seeks monetary damages in excess of $50,000.00 as compensation for permanent injuries. On the basis of the allegations in the Complaint and upon information and belief, the amount in controversy exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a); *see also Napolitano v. Doherty*, No. 3:10-cv-806, 2010 U.S. Dist. LEXIS 52930, 2-3 (M.D. Pa. May 27, 2010) (jurisdictional limit met based on plaintiff's claimed "serious and permanent injuries...as well as other various injuries, bruises and contusions about his body, all of which may be permanent in nature"); *McMonagle v. Franklin Mills Assocs. LP*, No. 06-4451, 2007 U.S. Dist. LEXIS 17071 (E.D. Pa. Mar. 9, 2007) (allegations of "permanent injuries to various parts of [plaintiff's] body that have required, and may continue to require, medical care," coupled with plaintiff's demand for damages "in excess" of $50,000, satisfied amount in controversy requirement); *c.f. Rodriguez v. Sears*, 349 F. Supp. 2d 211 (D.P.R. 2004) (amount in controversy did not reasonably amount to

2

$75,000 where the physical injury suffered did not result in permanent disability and/or raise a question of uncertainty regarding the recovery of the injury and its long term effects).

6.      Because there is diversity of citizenship between the parties and the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs, the District Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332(a).   As such, it is removable pursuant to 28 U.S.C. § 1441(a).

7.      Removal is timely under 28 U.S.C. § 1446(b) because Saint-Gobain is removing the case within 30 days after the receipt by Saint-Gobain, through service or otherwise, of a copy of the Complaint.

8.      Venue is proper in the Eastern District of Pennsylvania because the case is being removed from the Court of Common Pleas of the Commonwealth of Pennsylvania, Philadelphia County.  *See* 28 U.S.C. § 1446(a).

9.      Pursuant to 28 U.S.C. § 1446(b)(2)(A), all Defendants consent to the removal of this action.

10.     Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon the defendants in the state court action are annexed hereto as Exhibit **"A."**

11.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be promptly filed with the Court of Common Pleas of the Commonwealth of Pennsylvania, Philadelphia County and a copy of same served upon Plaintiff's counsel.   A true and correct copy of the proposed Notice is attached hereto as Exhibit **"B."**

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**

DATED:  January 22, 2015          By:_____

Alexander Nemiroff, Esq. (I.D. No. 92250)
L. Evan Van Gorder, Esq. (I.D. No. 307403)
1735 Market Street, Suite 3000
Philadelphia, PA 19103-7501
(215) 995-2800
(215) 995-2801 (fax)

*Counsel for Defendant Saint-Gobain Containers-*
*Verallia, n/k/a Ardagh Glass Inc.*

## CERTIFICATE OF SERVICE

I, Alexander Nemiroff, Esq., hereby certify that on the 22nd day of January, 2015,

Defendant's Notice of Removal was served via First Class, U.S. Mail on the following:

Dominik Rostocki, Esquire
THE ROSTOCKI LAW FIRM, LLC
1835 Market Street, Suite 2626
Philadelphia, PA 19103
*Attorneys for Plaintiff*
*Miroslaw Kurek*

Matthew A. Glazer, Esquire
Michael P. Zabel, Esquire
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19130
*Attorneys for Defendants*
*Constellation Brands, Inc.,*
*J. Roget, and Canandaigua*
*Wine Company*

Alexander Nemiroff

20064880.1

# EXHIBIT A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| **NOVEMBER 2014**  **000655** |
| E-Filing Number: 1411010837 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| MIROSLAW KUREK | SAINT-GOBAIN CONTAINERS-VERALLIA |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1775 GLADE DRIVE<br>LONG POND PA 18334 | 1509 S. MACEDONIA AVENUE<br>MUNCIE IN 47302 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | CONSTELLATION BRANDS, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 207 HIGH POINT DRIVE BUILDING 100<br>VICTOR NY 14564 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | J. ROGET |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 207 HIGH POINT DRIVE BUILDING 100<br>VICTOR NY 14564 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION | | |
|---|---|---|---|---|
| 1 | 4 | ☐ Complaint<br>☒ Writ of Summons | ☐ Petition Action<br>☐ Transfer From Other Jurisdictions | ☐ Notice of Appeal |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**
2P - PRODUCT LIABILITY

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED**<br>**PRO PROTHY**<br>NOV **06** 2014<br>**D. SAVAGE** | IS CASE SUBJECT TO<br>COORDINATION ORDER?<br>YES       NO |
|---|---|---|

---

## TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: MIROSLAW KUREK

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| DOMINIK ROSTOCKI | THE ROSTOCKI LAW FIRM, LLC<br>1835 MARKET STREET<br>SUITE 2626<br>PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)575-7624 | (215)575-7640 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 209179 | Dominik@Rostocki.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| DOMINIK ROSTOCKI | Thursday, November 06, 2014, 03:43 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

## COMPLETE LIST OF DEFENDANTS:

1. CANANDAIGUA WINE COMPANY
   235 N. BLOOMFIELD ROAD
   CANANDAIGUA NY 14424
2. J. ROGET
   207 HIGH POINT DRIVE BUILDING 100
   VICTOR NY 14564
3. CONSTELLATION BRANDS, INC.
   207 HIGH POINT DRIVE BUILDING 100
   VICTOR NY 14564
4. SAINT-GOBAIN CONTAINERS-VERALLIA
   1509 S. MACEDONIA AVENUE
   MUNCIE IN 47302

**THE ROSTOCKI LAW FIRM** LLC

**Dominik Rostocki, Esquire**
**Attorney I.D. No. 209179**
**THE ROSTOCKI LAW FIRM, LLC**
**1818 Market Street, 30th Floor**
**Philadelphia, PA 19103**
**Phone:       215-575-7624**
**Fax:          215-575-7640**
**www.Rostocki.com**



Filed and Attested by
Attorney for Plaintiff PROTHONOTARY
06 NOV 2014 03:43 pm
D. SAVAGE

| | | |
|---|---|---|
| MIROSLAW KUREK | : | IN THE COURT OF COMMON PLEAS |
| 1775 Glade Drive | : | PHILADELPHIA COUNTY |
| Long Pond, PA 18334 | : | |
|      Plaintiff | : | _____TERM, 2012 |
| | : | |
|     v. | : | NO. |
| | : | |
| SAINT-GOBAIN CONTAINERS- | : | |
| VERALLIA | : | |
| 1509 S. Macedonia Avenue | : | |
| Muncie, IN 47302 | : | |
| | : | |
| CONSTELLATION BRANDS, INC. | : | |
| 207 High Point Drive, Building 100 | : | |
| Victor, NY 14564 | : | |
| | : | **WRIT OF SUMMONS** |
| J. ROGET | : | |
| 207 High Point Drive, Building 100 | : | |
| Victor, NY 14564 | : | |
|     and | : | |
| CANANDAIGUA WINE COMPANY | : | |
| 235 N. Bloomfield Road | : | |
| Canandaigua, NY 14424 | : | |
|     Defendants | : | |

## PRAECIPE TO ISSUE WRIT OF SUMMONS

TO THE PROTHONOTARY:

    Kindly issue a Writ of Summons on Defendants in the above-referenced matter.

Case ID: 141100655

THE ROSTOCKI LAW FIRM, L.L.C.

BY:                             
Dominik Rostocki, Esquire
Attorney for Plaintiff

DATE:          November 06, 2014

C.P.97

# Commonwealth of Pennsylvania

## CITY AND COUNTY OF PHILADELPHIA

MIROSLAW KUREK

COURT OF COMMON PLEAS

NOVEMBER _____ Term, 20__14__

No. _____

*vs.*

SAINT-GOBAIN
CONTAINERS-VERALLIA, ET AL.

To(1)

SAINT-GOBAIN                    CANANDAIGUA WINE COMPANY
CONTAINERS-VERALLIA

CONSTELLATION BRANDS, INC.

J. ROGET

You are notified that the Plaintiff(2)
*Usted esta avisado que el demandante(2)*

Miroslaw Kurek

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



JOSEPH H. EVERS
*Prothonotary*

By _____

141100655
06 NOV 2014 03:43 pm
D. SAVAGE

Date _____

(1) Name(s) of Defendant(s)
(2) Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)

Case ID: 141100655

COURT OF COMMON PLEAS

NOVEMBER Term, 20 __14__ No._____

MIROSLAW KUREK

vs.

SAINT-GOBAIN
CONTAINERS-VERALLIA, ET AL.

SUMMONS

Case ID: 141100655

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Alexander Nemiroff, Esquire (PA Id. 92250)
1735 Market Street, Suite 3000
Philadelphia, PA 19103
Phone:    215.995.2800



---

MIROSLAW KUREK,

                Plaintiff,

vs.

SAINT-GOBAIN CONTAINERS-
VERALLIA, CONSTALLATION BRANDS,
INC., J. ROGET, and CANANDAIGUA
WINE COMPANY,

                Defendants.

IN THE COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

NOVEMBER TERM, 2014

NO. 0655

---

## PRAECIPE FOR RULE TO FILE COMPLAINT

TO THE PROTONOTARY:

    Please enter a Rule upon Plaintiff to file a Complaint within 20 days hereof or suffer the

entry of a Judgment of Non Pros.

                Respectfully submitted,

DATED:  December 15, 2014       _/s/ Alexander Nemiroff_
                                Alexander Nemiroff, Esquire (PA Id. 92250)
                                Attorney for Defendant Saint-Gobain
                                Containers-Verallia

---

## RULE TO FILE COMPLAINT

    AND NOW, this _____ day of _____, 2014, a Rule is hereby granted upon
Plaintiff to file a Complaint herein within 20 days after service hereof or suffer the entry of a
Judgment of Non Pros.

                      Prothonotary

Case ID: 141100655

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Alexander Nemiroff, Esquire (PA Id. 92250)
1735 Market Street, Suite 3000
Philadelphia, PA 19103
Phone:       215.995.2800
Fax:         215.995.2801

---

| | |
|---|---|
| MIROSLAW KUREK, | IN THE COURT OF COMMON PLEAS |
| | PHILADELPHIA COUNTY |
| Plaintiff, | |
| | NOVEMBER TERM, 2014 |
| vs. | |
| | NO. 0655 |
| SAINT-GOBAIN CONTAINERS-<br>VERALLIA, CONSTALLATION BRANDS,<br>INC., J. ROGET, and CANANDAIGUA<br>WINE COMPANY, | |
| Defendants. | |

---

## CERTIFICATE OF SERVICE

I certify that on December 15, 2014, a true and correct copy of the Praecipe for Rule to

File Complaint was electronically filed and served via the Court's Civil Electronic Filing

System.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

DATED:  December 15, 2014          /s/ Alexander Nemiroff
                                    Alexander Nemiroff, Esquire (PA Id. 92250)
                                    Attorney for Defendant Saint-Gobain
                                    Containers-Verallia

**THE ROSTOCKI LAW FIRM**
LLC

**Dominik Rostocki, Esquire**
**Attorney I.D. No. 209179**
**THE ROSTOCKI LAW FIRM, LLC**
**1835 Market Street, Suite 2626**
**Philadelphia, PA 19103**
**Phone:** 215-575-7624
**Fax:** 215-575-7640
**www.Rostocki.com**

Filed and Attested by
Attorney for Prothonotary
02 JAN 2015 05:17 pm
J. OSTROWSKI

| | | |
|---|---|---|
| MIROSLAW KUREK | : | IN THE COURT OF COMMON PLEAS |
| Plaintiff | : | PHILADELPHIA COUNTY |
| | : | |
| v. | : | NOVEMBER TERM, 2014 |
| | : | |
| SAINT-GOBAIN CONTAINERS- | : | NO. 0655 |
| VERALLIA, CONSTELLATION | : | |
| BRANDS, INC., J. ROGET and | : | |
| CANANDAIGUA WINE COMPANY | : | |
| Defendants | : | |

**NOTICE**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court with only such further notice to you as may be required by law, for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE, OR IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

LAWYER REFERRAL AND INFORMATION SERVICE
ONE READING CENTER
PHILADELPHIA, PA 19107
TEL: (215) 238-1701

**AVISO**

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) días de plazo al partir de las demanda y la nonficacion, llace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demands en contra de su persona. Sea avisado que si ustedno se defiendo la corta tomara medidas y puede continuar la demanda en contra suya sin previo aviso o nonficacion. Ademis, la corta puede decidir a favor del demandante y requiere que usted compla con indas las provisiones de estra demanda Usted puede perder dinero o sus propiedades u otius derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOCADO IMMEDIATAMENTE SI NO TIENE ABOCADO O SI NO TIENE EL DINFRO SUFICIENTE DE PACSR TEL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERICUAR DONDE SE PUEDE CONSECUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE
FILADELFIA, SERVICIO DE REFERENICA
ONE READING CENTER
FILADELFIA, PA 19107
E INFORMACION LEGAL   TEL: (215) 238-1701

## CIVIL ACTION COMPLAINT

Miroslaw Kurek, through his attorney, THE ROSTOCKI LAW FIRM, L.L.C., alleges the

following against the above Defendants:

1

Case ID: 141100655

## I.   JURISDICTION AND VENUE

1.    Jurisdiction and venue are proper in this court because all parties have the requisite minimum contacts with Philadelphia Coutny and all defendants regularly conduct business in Philadelphia County.

2.    Defendant Saint-Gobain Containers-Verallia (hereinafter, "Saint-Gobain") has purposefully availed itself of the privileges of conducting activities in Pennsylvania and regularly conducts business in Philadelphia County.

3.    Defendant Constellation Brands, Inc. (hereinafter, "Constellation") has purposefully availed itself of the privileges of conducting activities in Pennsylvania and regularly conducts business in Philadelphia County.

4.    Defendant J. Roget has purposefully availed itself of the privileges of conducting activities in Pennsylvania and regularly conducts business in Philadelphia County.

5.    Defendant Canandaigua Wine Company (hereinafter, "Canandaigua") has purposefully availed itself of the privileges of conducting activities in Pennsylvania and regularly conducts business in Philadelphia County.

## II.   THE PARTIES

6.    Plaintiff incorporates all above Paragraphs.

7.    Plaintiff, Miroslaw Kurek (hereinafter, Mr. Kurek), is a citizen of Pennsylvania.

8.    Defendant Saint-Gobain is a foreign corporation that regularly conducts business in Philadelphia County.  Upon information and belief, its principal place of business is 1509 S. Macedonia Avenue, Muncie, Indiana.

Case ID: 141100655

9.    Defendant Constellation is a foreign corporation that regularly conducts business in Philadelphia County.  Upon information and belief, its principal place of business is 207 High Point Drive, Building 100 Victor, New York.

10.   Defendant J. Roget is a foreign corporation that regularly conducts business in Philadelphia County.  Upon information and belief, its principal place of business is 207 High Point Drive, Building 100 Victor, New York.

11.   Defendant Canandaigua is a foreign corporation that regularly conducts business in Philadelphia County.  Upon information and belief, its principal place of business is 235 N. Bloomfield Road, Canandaigua, New York.

12.   Defendants Saint-Gobain, Constellation, J. Roget and Canandaigua are hereinafter collectively referred to as "Defendants."

### III.   FACTUAL BACKGROUND

13.   Plaintiff incorporates all above Paragraphs.

14.   On or about December 31, 2012, Mr. Kurek purchased a 1.5L bottle of J. Roget champagne (hereinafter, "the bottle"), bottle number LC25512788815, from Pennsylvania Liquor Store #4502.

15.   Upon information and belief, J. Roget is a brand wholly owned by one or more Defendants.

16.   The bottle was designed by Defendants.

17.   The bottle was manufactured by Defendants.

18.   The bottle was distributed by Defendants.

19.   The bottle was marketed and sold by each Defendant.

20.   Each Defendant was in the chain of commerce and/or distribution of the bottle.

3

Case ID: 141100655

21.     The bottle was to be used in a New Year's Day tradition by Mr. Kurek's family during which Mr. Kurek, along with his wife and children, would call their close relatives in Poland and open a bottle of champagne with them to toast the new year.

22.     On January 1, 2013, as Mr. Kurek attempted to open the bottle normally with his hands, the bottle fractured due to one or more defects, causing serious injuries.

IV.     **ALLEGATIONS COMMON TO ALL COUNTS**

23.     Plaintiff incorporates all above Paragraphs.

24.     At all relevant times, the bottle was defective and unreasonably dangerous.

25.     At all relevant times, Mr. Kurek was unaware that the bottle was defective.

26.     The bottle failed to perform in keeping with the reasonable expectations of the user.

27.     The dangers were unknowable and unacceptable to the average or ordinary consumer.

28.     At all relevant times, the probability and seriousness of the harm caused by the defective bottle outweighed any burden or costs of taking precautions to prevent the harm.

29.     At the time of each sale of the bottle, and at the time of the distribution of the bottle, the bottle was defective.

V.      **COUNT I – Plaintiff v. All Defendants – STRICT LIABILITY (§402A)**

30.     Plaintiff incorporates all above Paragraphs.

31.     At all relevant times, each Defendant was in the business of marketing and selling the bottle.

32.     The bottle was expected to, and did, reach Mr. Kurek without substantial change in the condition in which it was sold by each Defendant.

Case ID: 141100655

33.   At all relevant times, the bottle was in a defective condition unreasonably dangerous to the user or consumer.

34.   The bottle was defectively manufactured by Defendants.

35.   In the alternative, the bottle was defectively designed by Defendants.

36.   In the alternative, the bottle contained inadequate warnings and/or instructions.

37.   As a proximate and factual cause of the defects, Mr. Kurek was caused to suffer serious and permanent injuries.

38.   The defective condition of the bottle was a substantial factor in the injuries suffered by Mr. Kurek.

WHEREFORE, Plaintiff Miroslaw Kurek demands judgment against Defendants, jointly and severally, in an amount in excess of $50,000, plus interest, costs and any other relief this Court deems appropriate.

## VI.   COUNT II – Plaintiff vs. All Defendants – NEGLIGENCE

39.   Plaintiff incorporates all above Paragraphs.

40.   The bottle was designed, manufactured, assembled and sold by Defendants.

41.   At all relevant times, the bottle was being used for its intended and reasonably anticipated use and purpose.

42.   Defendants had a duty to design, manufacture, assemble and sell the bottle in a condition with no defects.

43.   Defendants' negligence consisted of the following:

   a.   Failing to manufacture and/or design a bottle that was not defective;

   b.   Failing to manufacture and/or design a bottle that was safe for its intended uses;

Case ID: 141100655

c. Failing to utilize reasonable engineering methodology to design and/or manufacture a safe bottle;

d. Failing to provide adequate warnings and/or cautions and/or directions concerning the defective condition of the bottle;

e. Failing to adequately or properly test and inspect the bottle to provide a safe product that would not cause new or enhanced injuries due to its defective manufacture and/or design;

f. Failing to give adequate instruction to foreseeable users of the bottle regarding the likelihood or possibility of injuries resulting from the bottle's defective manufacture and/or design;

g. Failing to adequately, properly or completely supervise employees, agents, and/or independent contractors in the design and/or manufacture of the bottle so that it would not cause injuries to foreseeable users;

h. Failing to inspect the bottle prior to marketing and/or sale to ensure that it was safe for its intended uses;

i. Failing to recall the bottle in a timely and/or reasonable manner so as to correct the defective conditions; and

j. Being otherwise negligent.

44. As a factual and proximate cause of Defendants' negligence, Plaintiff suffered serious and permanent injuries.

WHEREFORE, Plaintiff Miroslaw Kurek demands judgment against Defendants, jointly and severally, in an amount in excess of $50,000, plus interest, costs and any other relief this Court deems appropriate.

Case ID: 141100655

## VII.   COUNT III – Plaintiff v. All Defendants – BREACH OF WARRANTY

45.     Plaintiff incorporates all above Paragraphs.

46.     As a result of the defective and unreasonably dangerous condition of the bottle,

Defendants, in selling the bottle in such condition, breached implied warranties of

merchantability and fitness.

47.     These breaches of implied warranties of merchantability and fitness were proximate

and factual causes of the serious injuries sustained by Plaintiff.

WHEREFORE, Plaintiff Miroslaw Kurek demands judgment against Defendants, jointly

and severally, in an amount in excess of $50,000, plus interest, costs and any other relief this

Court deems appropriate.

**THE ROSTOCKI LAW FIRM, L.L.C.**

BY:_____

Dominik Rostocki, Esquire

Attorney for Plaintiff

DATE:        January 02, 2015

7

Case ID: 141100655

<u>V E R I F I C A T I O N</u>

      Dominik Rostocki, Esquire, THE ROSTOCKI LAW FIRM, L.L.C., attorney for the Plaintiff in the foregoing matter, verifies that he is expressly authorized to sign this Verification on behalf of said Plaintiff.  He has reviewed the facts set forth in the foregoing Complaint and the facts set forth therein are true and correct to the best of his knowledge, information and belief.  These statements are made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

BY: _____
      DOMINIK ROSTOCKI, ESQUIRE
      Attorney for Plaintiff

DATE:      January 2, 2014

Case ID: 141100655



THE
ROSTOCKI LAW FIRM
LLC

**Dominik Rostocki, Esquire**
**Attorney I.D. No. 209179**
**THE ROSTOCKI LAW FIRM, LLC**
**1835 Market Street, Suite 2626**
**Philadelphia, PA 19103**
**Phone:**       **215-575-7624**
**Fax:**          **215-575-7640**
**www.Rostocki.com**

Filed and Attested by
**Attorney for Plaintiff** PROTHONOTARY
19 JAN 2015 10:09 am
C. FORTE

| | | |
|---|---|---|
| MIROSLAW KUREK | : | IN THE COURT OF COMMON PLEAS |
| Plaintiff | : | PHILADELPHIA COUNTY |
| | : | |
| v. | : | NOVEMBER TERM, 2014 |
| | : | |
| SAINT-GOBAIN CONTAINERS- | : | NO.  0655 |
| VERALLIA, CONSTELLATION | : | |
| BRANDS, INC., J. ROGET and | : | |
| CANANDAIGUA WINE COMPANY | : | |
| Defendants | : | |

## PRAECIPE TO SUBSTITUTE VERIFICATION

TO THE PROTHONOTARY:

    Kindly substitute the attorney verification currently attached to the Complaint with the client verification attached hereto.

                                        **THE ROSTOCKI LAW FIRM, L.L.C.**

                                      BY:_____
                                         Dominik Rostocki, Esquire
                                       Attorney for Plaintiff

DATE:         January 19, 2015

Case ID: 141100655

## <u>V E R I F I C A T I O N</u>

I, Miroslaw Kurek, having read the attached Complaint, verify that it is based on

information I furnished to my attorney, which information has been gathered in connection with

this lawsuit.  The specific language of the Complaint is that of my attorney and is not mine.  I

verify that I have read the within Complaint and that it is factually true and correct to the best of

my knowledge, information and belief.  This verification is made subject to the penalties of 18

Pa.C.S.A. § 4904 relating to unsworn falsification to authorities.

DATE:   01/10/2015          _____
                                       Miroslaw Kurek

COZEN O'CONNOR
BY:  Matthew A. Glazer (PA I.D. No. 204540)
Michael P. Zabel (PA I.D. No. 310278)
1900 Market Street
Philadelphia, PA  19103
Telephone: 215-665-5556
Facsimile: 215-665-2013

*Attorneys for Defendants Constellation
Brands, Inc., J. Roget, and Canandaigua
Wine Co.*

Filed and Attested by
PROTHONOTARY
20 JAN 2015 03:31 pm
E. MASCUILLI

| | |
|---|---|
| MIROSLAW KUREK, | :   COURT OF COMMON PLEAS |
| | :   PHILADELPHIA COUNTY |
| Plaintiff, | : |
| | :   NOVEMBER TERM, 2014 |
| | : |
| v. | :   NO. 00655 |
| | : |
| SAINT-GOBAIN CONTAINERS- | : |
| VERALLIA, CONSTELLATION | : |
| BRANDS, INC., J. ROGET and | : |
| CANANDAIGUA WINE COMPANY, | : |
| | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Kindly enter our appearances on behalf of named Defendants Constellation Brands, Inc.,

J. Roget, and Canandaigua Wine Co. in the above captioned matter.

COZEN O'CONNOR

By:    ___/s/ Michael P. Zabel_____
        Matthew A. Glazer (PA I.D. No. 204540)
        Michael P. Zabel (PA I.D. No. 310278)
        1900 Market Street
        Philadelphia, PA  19103
        Telephone: 215-665-5556
        Facsimile: 215-665-2013

Dated:  January 20, 2015

*Attorneys for Defendants Constellation Brands,
Inc., J. Roget, and Canandaigua Wine Co.*

Case ID: 141100655

## CERTIFICATE OF SERVICE

I, Michael P. Zabel, Esquire, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served on January 20, 2015, upon the following counsel via the court's electronic filing system:

Dominik Rostocki, Esquire
THE ROSTOCKI LAW FIRM, LLC
1835 Market Street
Suite 2626
Philadelphia, PA 19103
*Attorney for Plaintiff*

Alexander Nemiroff, Esquire
OGLETREE DEAKINS
1735 Market Street
Suite 3000
Philadelphia, PA 19103
*Attorney for Defendant Saint-Gobain Containers-Verallia*

COZEN O'CONNOR

By:_____/s/ Michael P. Zabel_____
        Michael P. Zabel

2

Case ID: 141100655

# EXHIBIT B

**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
Alexander Nemiroff, Esq. (I.D. No. 92250)
L. Evan Van Gorder, Esq. (I.D. No. 307403)
1735 Market Street, Suite 3000
Philadelphia, PA 19103-7501
(215) 995-2800
(215) 995-2801 (fax)

*Attorneys for Defendant*
*Saint-Gobain Containers-Veralia,*
*n/k/a Ardagh Glass Inc.*

|  |  |
|---|---|
| MIROSLAW KUREK,<br><br>      Plaintiff,<br><br>  v.<br><br>SAINT-GOBAIN CONTAINERS –<br>VERALLA, CONSTELLATION<br>BRANDS, INC, and CANANDAIGUA<br>WINECOMPANY<br><br>      Defendants. | COURT OF COMMON PLEAS<br>PHILADLEPHIA COUNTY<br>CIVIL TRIAL DIVISION<br><br>NOVEMBER TERM, 2014<br><br>No.: 0655 |

### DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT

TO THE PROTHONOTARY OF THE COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY:

   Pursuant to 28 U.S.C. § 1446(d), on January 22, 2015, Defendant Saint-Gobain

Containers-Verallia, n/k/a Ardagh Glass Inc., ("Saint-Gobain"), in the above-referenced action,

in which Saint-Gobain first received a copy of the Complaint on January 2, 2015, filed a Notice

of Removal in the United States District Court for the Eastern District of Pennsylvania pursuant

to 28 U.S.C. Section 1446(a) ("Notice of Removal").   A copy of that Notice of Removal is

attached hereto as Exhibit "A."

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1446(d), the filing of that Notice of Removal, together with the filing of the attached Notice of Removal with this Court, effects the removal of this action, and this Court may proceed no further unless and until the case is remanded by the federal court.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

DATED:  January 22, 2015                 By: *s/ Alexander Nemiroff*
                                          Alexander Nemiroff, Esq. (I.D. No. 92250)
                                          L. Evan Van Gorder, Esq. (I.D. No. 307403)
                                          1735 Market Street, Suite 3000
                                          Philadelphia, PA 19103-7501
                                          (215) 995-2800
                                          (215) 995-2801 (fax)

                                          *Attorneys for Saint-Gobain Containers-Verallia
                                          (n/k/a Ardagh Glass Inc.)*

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
Alexander Nemiroff, Esq. (I.D. No. 92250)
L. Evan Van Gorder, Esq. (I.D. No. 307403)
1735 Market Street, Suite 3000
Philadelphia, PA 19103-7501
(215) 995-2800
(215) 995-2801 (fax)

*Attorneys for Defendant*
*Saint-Gobain Containers-Verallia,*
*n/k/a Ardagh Glass Inc.*

|  |  |
|---|---|
| MIROSLAW KUREK, | COURT OF COMMON PLEAS |
| Plaintiff, | PHILADLEPHIA COUNTY |
| | CIVIL TRIAL DIVISION |
| v. | NOVEMBER TERM, 2014 |
| SAINT-GOBAIN CONTAINERS – VERALLA, CONSTELLATION BRANDS, INC, and CANANDAIGUA WINECOMPANY | No.: 0655 |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Alexander Nemiroff, Esq., hereby certify that on the 22nd day of January, 2015,

Defendant's Notice of Removal was served via First Class, U.S. Mail on the following:

Dominik Rostocki, Esquire
**THE ROSTOCKI LAW FIRM, LLC**
1835 Market Street, Suite 2626
Philadelphia, PA 19103
*Attorneys for Plaintiff*
*Miroslaw Kurek*

Matthew A. Glazer, Esquire
Michael P. Zabel, Esquire
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19130
*Attorneys for Defendants*
*Constellation Brands, Inc.,*
*J. Roget, and Canandaigua*
*Wine Company*

DATE:  January 22, 2015

_s/ Alexander Nemiroff_
Alexander Nemiroff

20052978.1